**Order entered June 7, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00136-CV

**EVELYN MANCILLA AND SALES TAX INTERNATIONAL, LLC, Appellants**

**V.**

**TAXFREE SHOPPING, LTD, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07644**

## ORDER

Before the Court is appellants' June 6, 2018 unopposed motion for an extension of time

to file a reply brief.  We **GRANT** the motion and extend the time to **June 13, 2018**.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE